UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                )
                                      )   Case No. 13-12876-EEB
DONALD EUGENE HERNDON,                )
                                      )   Chapter 7
            Debtor.                   )

_____

**TRUSTEE'S APPLICATION TO EMPLOY AND PAY
DICKENSHEET & ASSOCIATES, INC. TO SELL PROPERTY OF THE ESTATE**
_____

Lynn Martinez, the duly qualified and acting Trustee in this case, hereby requests authority to employ Dickensheet & Associates, Inc. as auctioneers for the estate to sell two ATVs (a 2008 Yamaha Grizzly 700 and a 2009 Yamaha Grizzly 450) as listed in the Debtor's Schedule B.  The Trustee is also requesting authority to compensate Dickensheet & Associates, Inc. for its out-of-pocket expenses, and for its services pursuant to 11 U.S.C. § 327(a) and Fed.R.Bankr.P. 2014(a), and in support thereof states as follows:

1.  Donald Eugene Herndon ("Debtor") filed a voluntary Chapter 7 petition on February 28, 2013.

2.  In his Schedule B, the Debtor discloses that he owns two ATVs (a 2008 Yamaha Grizzly 700 and a 2009 Yamaha Grizzly 450) jointly with his non-filing ex-wife, Sandra Dee Herndon.  The Debtor is claiming no exemption in the property.  There are no known liens or encumbrances on the property and the non-filing ex-wife of the Debtor has agreed to the sale of the two ATVs.

3.  The property described in paragraph 2 above has a value and the Trustee believes it will have value to the estate after accounting for costs of sale.  The Trustee is therefore requesting authority to sell the two ATVs (a 2008 Yamaha Grizzly 700 and a 2009 Yamaha Grizzly 450) at a live auction.

4.  The Trustee is asking permission to hire Dickensheet & Associates, Inc.("Dickensheet"), and proposes to sell two ATVs (a 2008 Yamaha Grizzly 700 and a 2009 Yamaha Grizzly 450) at a LIVE PUBLIC AUCTION to be held by Dickensheet & Associates, Inc. at Dickensheet's warehouse located at 1501 West Wesley Avenue, Denver, Colorado 80223 on September 13, 2014, beginning at 10 a.m.**;** inspection of items to be sold at the LIVE PUBLIC AUCTION will begin at 9:00 a.m. on September 13, 2014.

5.  The Trustee requests authority to engage Dickensheet & Associates, Inc. as auctioneer to sell the property at a LIVE, PUBLIC AUCTION.  The Trustee

        proposes to pay Dickensheet a commission of **fifteen percent** (15%) of the sales proceeds of the property.  In addition, the Trustee proposes to pay Dickensheet reasonable compensation for actual and necessary costs of sale, including the relocation of the  two ATVs (a 2008 Yamaha Grizzly 700 and a 2009 Yamaha Grizzly 450) from Monte Vista, Colorado to Dickensheet's warehouse at 1501 West Wesley Avenue in Denver, Colorado, advertising and preparation of the item for sale.

6. The Trustee's choice of Dickensheet & Associates, Inc. to serve as auctioneer for the estate is based upon their knowledge, experience and expertise in a wide variety of public auctions and internet auctions, and private sales.

7. Subject to the supervision and further order of the Court, Dickensheet & Associates, Inc. will perform the following services:
    (a) relocate the Property from Monte Vista, Colorado to Denver, Colorado;
    (b) advertise the Property for sale, and advertise the date, time and place of the public auction;
    (c) conduct the public auction;
    (d) collect and remit all proceeds of sale;
    (e) account for and pay all sales taxes due as a result of such sales;
    (f) prepare a report after sale showing the name of the purchaser and the sales price.

8. The Trustee requests that Dickensheet's fifteen percent (15%) commission, and expense reimbursement be allowed as expenses of administration under 11 U.S.C. § 503(b) and that such fees and expenses be paid without further application or order following sale of the property described above and filing of a Report of Sale.

9. To the best of the Trustee's knowledge, no agreement or understanding exists between Dickensheet and any other entity for the sharing of compensation to be received for services rendered in accordance with this Application, and Dickensheet has no connection with the Debtor, any creditor, party in interest, or their respective attorneys or accountants, the United States Trustee, or any other person employed in the office of the United States Trustee.

10. Attached hereto as EXHIBIT A is the Affidavit of Christine Dickensheet, as required by Fed.R.Bankr.P. 2014.

11. The Trustee also requests that, in the event there are no objections to this Motion, the Court suspend the operation of Fed.R.Bankr.P. 6004(g) which automatically stays for ten days an order authorizing the use, sale or lease of property other than cash collateral.

  WHEREFORE, the Trustee respectfully requests that this Court enter an order approving the employment of Dickensheet & Associates, Inc. as the Trustee's auctioneers in this case, to sell the property described herein, and to pay Dickensheet its 15% commission, and reasonable expenses of sale.

  DATED this 26th day of June, 2014.

/s/ Lynn Hahn Martinez
Lynn Hahn Martinez, #15349
Chapter 7 Trustee
1123 North Elizabeth Street
Pueblo, CO 81003
(719) 542-6707
Email: lmartinez@trustee.comcastbiz.net

### CERTIFICATE OF SERVICE

  The undersigned certifies that on the 26th day of June, 2014, I served by prepaid first class mail a copy of **TRUSTEE'S APPLICATION FOR AUTHORITY TO EMPLOY AND PAY DICKENSHEET & ASSOCIATES, INC. TO SELL PROPERTY OF THE ESTATE,** notice and proposed order on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed.R.Bankr.P. and the L.B.R. at the following addresses:

| | |
|---|---|
| Donald Eugene Herndon<br>1202 Lincoln<br>Alamosa, CO 81101 | Office of the U.S. Trustee<br>999 - 18th Street, Suite 1551<br>Denver, CO 80202 |
| Dickensheet & Associates, Inc.<br>1501 West Wesley Avenue<br>Denver, CO 80223 | Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Ste 200<br>Tucson, AZ 85712 |
| Sandra Dee Herndon<br>526 Bronk Street<br>Monte Vista, CO 81144 | |
| Michael Jude, Esq.<br>P.O. Box 24559<br>Denver, CO 80224 | /s/ Lynn Hahn Martinez |